UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**Lori Bageard,**

 *Plaintiff,*

v.              **Case No: 8:24-cv-1884-KKM-AEP**

**Experian Information Solutions, Inc.,**

 *Defendant.*
_____/

**NOTICE OF SETTLEMENT WITH DEFENDANT**

In accordance with Local Rule 3.09, Plaintiff hereby provides notice that Plaintiff and Experian Information Solutions, Inc., have reached a settlement in this case. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents to dismiss Experian Information Solutions, Inc. from this case with prejudice.

Dated December 31, 2024,

              **SERAPH LEGAL, P. A.**

              */s/ Bridget L. Scarangella*
              Bridget L. Scarangella, Esq.
              Florida Bar No.: 1022866
              BScarangella@SeraphLegal.com
              Seraph Legal, P. A.
              2124 West Kennedy Boulevard, Suite A
              Tampa, FL 33606
              (813) 321-2345
              Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 31, 2024 a true and correct copy of foregoing was filed electronically via the CM/ECF System and served via e-notice on counsel of record for all parties.

/s/ *Bridget L. Scarangella*
Bridget L. Scarangella, Esq.
Florida Bar No.: 1022866