## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**Lori Bageard,**

*Plaintiff,*

**v.**                                                            **Case No: 8:24-cv-1884-KKM-AEP**

**Experian Information Solutions, Inc.,**

*Defendant.*

_____/

## STIPULATION FOR DISMISSAL

Plaintiff, Lori Bageard, and Defendant, Experian Information Solutions, Inc.,

pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss Experian

Information Solutions, Inc. from this action with prejudice, with each party to bear

their own costs and attorney' s fees.


Dated February 28, 2025.


| | |
|---|---|
| /s/ *Bridget L. Scarangella* | /s/*Maria H. Ruiz* |
| Bridget L. Scarangella, Esq. | Maria H. Ruiz |
| Florida Bar No.: 1022866 | Florida Bar No. 182923 |
| BScarangella@SeraphLegal.com | KASOWITZ BENSON TORRES LLP |
| Seraph Legal, P. A. | 1441 Brickell Avenue, Suite 1420 |
| 2124 West Kennedy Boulevard, Suite A | Miami, FL 33131 |
| Tampa, FL 33606 | Telephone: (786) 587-1044 |
| (813) 321-2345 | Email: MRuiz@kasowitz.com |
| Counsel for Plaintiff | Counsel for Defendant |